UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

DOUGLAS MAHONE,                                   Case No. 22-44192-TJT
                                                                     Chapter 7
                                                                     Hon. Thomas J. Tucker

                    Debtor.
_____/

**NOTICE OF 11 U.S.C. § 341(a) MEETING BY VIDEO AND TELEPHONE**

      Mark H. Shapiro, chapter 7 trustee in the above-entitled case, hereby gives notice that the 11 U.S.C. § 341(a) meeting of creditors in this case will now be held by video and telephone to ensure social distancing. Although taking place in a virtual environment, participants should dress and conduct themselves as though they are appearing for any court-related proceeding.

      Debtor(s), attorney(s), creditors, and other interested parties can participate as follows:

      In order to participate by video using a phone, tablet, or computer, a person must create a free Zoom account at **https://www.zoom.us.** When creating a Zoom account, the person should use his or her first and last name. If using an Apple device, it may be necessary to download the free Zoom app. Attorneys will be emailed a Zoom Invitation the week prior to the scheduled meeting and will be responsible to forward that information to the Debtor.

      <u>Creditors wishing to attend the meeting</u> – Email the Trustee's Assistant (jbrown@ssc-law.com) at least five days prior to the scheduled meeting of creditors to receive the Zoom invitation.

If you cannot use Zoom video, the Zoom invitation will also include a telephone number that you can call to participate. Please mute your phone upon joining as other meetings will be heard at the scheduled time (press *6 to mute/unmute your line).

Parties having any difficulty connecting (or seeking additional information in advance) should send an email to jbrown@ssc-law.com. Please note that all meetings will be recorded.

**Debtors** should participate **by video** if possible.

Additional information for Trustee Shapiro's meeting of creditors can be found at https://pages.trustesolutions.com/trusteeshapiro.

Date: June 1, 2022

/s/ Mark H. Shapiro (P43134)
Chapter 7 Trustee
25925 Telegraph Road
Suite 203
Southfield, MI 48033
(248) 352-4700
shapiro@steinbergshapiro.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In Re:

DOUGLAS MAHONE,   Case No. 22-44192-TJT
  Chapter 7
  Hon. Thomas J. Tucker

  Debtor.
_____/

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2022, I electronically filed *Notice of 11 U.S.C. § 341(a) Meeting By Video and Telephone*; and this *Certificate of Service* with the Clerk of the Court using the ECF system which will send notification of such filing to all parties required to receive service.

/s/ Joy L. Brown, Trustee Assistant
Mark H. Shapiro, Chapter 7 Trustee
25925 Telegraph Rd., Suite 203
Southfield, MI 48033
(248) 352-4700
jbrown@steinbergshapiro.com